NAME:

SPENCER BOWENS

ADDRESS: Reg. No. 49775-053
USP-Lewisburg
P.O. Box 1000
Lewisburg, PA. 17837-1000

or PLACE OF CONFINEMENT & PRISON NUMBER

*Note:*  *If represented by an attorney, his name, address & telephone number*

*Note:*  *It is your responsibility to notify the Clerk of the Court, in writing of any change of address*

# United States District Court

SPENCER BOWENS

FULL NAME: (Include name under which you were convicted)
Petitioner,

vs.

UNITED STATES OF AMERICA

NAME OF WARDEN(or other authorized person having custody of petitioner)
Respondent.

CASE NO: 10-1575
(To be supplied by the clerk of the United States District Court)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY
28 U.S.C. § 2241

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by the petitioner, under penalty of perjury. You must set-forth *CONCISELY* the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this except that *ONE* separate additional page is permitted in answering Question No. 9.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Upon receipt of a fee of $5.00, you petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and cost of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If you prison account exceed $25.00, you must pay the filing fee as required by the rule of the district cour .

When the petition is completed, the *original and two copies* must be mailed to the Clerk of the United States District Court for the


Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instruction will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. ☐ a conviction
2. ☐ a sentence
3. ☐ jail or prison conditions
4. ☐ prison discipline
5. ☐ a parole problem
6. ☒ other: **Execution of Sentence**

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

## PETITION

1. Place of confinement **USP-Lewisburg, Pennsylvania**

2. Name and location of court which imposed sentence **Eastern District of Virginia (Richmond Division)**

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   (a) **Indictment No. 3:98-Cr-110; Conspiracy to possess a controlled**
   (b) **Substance, 21 U.S.C. § 846; and Obstruction of Justice, 18 U.S.C.**
   (c) **§ 1503.**

4. The date upon which sentence was imposed and the terms of the sentence:
   (a) **January 8, 1999**
   (b) 
   (c) 

5. Check whether a finding of guilt was made:
   (a) ☐ After a plea of guilty
   (b) ☒ After a plea of not guilty
   (c) ☐ After a plea of nolo contendere

   FILED
   SCRANTON
   JUL 29 2010
   PER _____
   DEPUTY CLERK

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   (a) ☒ a jury
   (b) ☐ a judge without jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?
   ☒ Yes   ☐ No

8. If you did appeal, give the following information for each appeal:
   (a)(1) Name of Court **UNITED STATES COURT OF APPEALS FOURTH CIRCUIT**
   (2) Result **Appeal denied in part and vacted in part.**
   (3) Date of Result **August 18, 2000.**
   (4) Citation or number of opinion **224 F. 3d 302**

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(5) Grounds Raised *(list each)* _____

    (A) Court refused instruction on multiple conspiracies

    (B) Conviction for hardoring must be reversed

    (C) Court failed to give special interrogatories to jury

    (D) _____

(b)(1) Name of Court __N/A__

  (2) Result _____

  (3) Date of result _____

  (4) Citation or number opinion _____

  (5) Grounds raised (list each)

    (A) _____

    (B) _____

    (C) _____

    (D) _____

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

9. State *CONCISELY* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

(a) Ground One __See Memorandum of law attached hereto.__

Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts not conclusions* in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

See Memorandum of law attached hereto.

_____

_____

_____

Case 3:10-cv-01575-ARC-JVW   Document 1   Filed 07/29/10   Page 5 of 8

(b)   Ground Two   N/A

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

N/A

(c)   Ground Three   N/A

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

N/A

(d)   Ground Four'   N/A

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

N/A

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 5 of 9

10. Have you ever filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
☒ Yes  ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

   (a)(1) Name of Court  Eastern District of Virginia (Richmond Division)
   (2) Nature of proceedings  28 U.S.C. § 2255
   (3) Grounds raised  Sentence and conviction unconstitutional.

   (4) Result  denied.
   (5) Date of Result  February 14, 2003.
   (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.
       No. 02-cv-211-3

   (b)(1) Name of Court  N/A
   (2) Nature of proceedings
   (3) Grounds raised

   (4) Result
   (5) Date of Result
   (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

   Here Bowens seeks to challenge the execution of his sentence.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

13. Are you presently represented by counsel? ☐ Yes   ☒ No

    If so, name, address and telephone number   N/A

    Case name and court   N/A

14. If you are seeking leave to proceed in *forma pauperis*, have you completed the declaration setting forth the required information?

    ☐ Yes   ☒ No,

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on   July 26/2010
                              (date)

_____
Signature of Petitioner

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

